UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

**FILED**

2015 APR -3 PM 12: 38

In re:  
Magnani Media Inc,  
dba Magnani Media Inc  
DBA MAGNA PRINT  

Debtor(s).

§  
§   Case No. 05-22924 ASD
§   DISTRICT OF CONNECTICUT
§                HARTFORD
§   (CHAPTER 7)
§  
§  
§  

$1742.59

#277034

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

_____    The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

__X__    More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: _April 1, 2015_

_Thomas C. Boscarino_  
Thomas C. Boscarino, Chapter 7 Trustee  
628 Hebron Avenue, Building Two, Suite 301  
Glastonbury, CT  06033  
(860) 659-5657

# EXHIBIT A

Case Name:     Magnani Media Inc,
Case Number:   05-22924

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| Publishers Paper, Inc. Nudelman, Nudelman & Ziering, P.C., 425 Eagle Rock Ave. Roseland, NJ 07068 | 4 | $17,334.00 | | $1,742.59 |

TOTAL AMOUNT REMITTED TO CLERK:    $____0.00    $____1,742.59